IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. 22-00113-CG |
| ) | |
| HEIDI NORFUL, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge entered on March 24, 2023 (Doc. 148) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count 1 of the Superseding Indictment is now accepted, and the Defendant is **ADJUDGED** guilty of the offense of Conspiracy to Possess with Intent to Distribute Drugs in violation of Title 21, U.S.C., § 846.  A sentencing hearing has been scheduled for September 20, 2023, at 9:30 a.m., to be held in Courtroom 3B, United States Courthouse, Mobile, Alabama.

**DONE and ORDERED** this 11th day of April, 2023.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE